AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| ROLANDO S. MOSCHELLA<br><br>_Plaintiff_ | )<br>)<br>) |
| v. | )   Civil Action No. |
| CARIDAD DEL COBRE-REYES CORP.<br>d/b/a LAS DELICIAS PERUANAS ET AL.<br><br>_Defendant_ | )<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_   CARIDAD DEL COBRE-REYES CORP.
d/b/a LAS DELICIAS PERUANAS
Throught Its Registered Agent
SONIA REYES,
2023 HOLLYWOOD BLVD
HOLLYWOOD, FL 33020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Office of Zandro E. Palma, P.A.
9100 South Dadeland Boulevard
Suite 1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_